ROBERT S. BLUMBERG, Bar No. 161649
RADHA D. S. KULKARNI, Bar No. 293996
LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
Telephone: 310.553.0308
Fax No.: 310.553.5583

Attorneys for Defendant
AIR CANADA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAK CHAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AIR CANADA, INC.,<br><br>　　　　Defendant. | Case No. 16-CV-06431-CRB<br><br>ASSIGNED FOR ALL PURPOSES TO JUDGE CHARLES R. BREYER<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii)** |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**　　　16-CV-06431-CRB

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

|   |   |
|---|---|
| 1 | **IT IS HEREBY STIPULATED** by and between Plaintiff Tak Chan, acting through her attorney of record Andy Katz and Defendant Air Canada, Inc. acting by and through its attorneys of record Littler Mendelson, P.C., that the Complaint, and all claims for relief contained therein, shall be dismissed in its entirety, with prejudice, in accordance with the terms of a confidential settlement agreement, pursuant to FRCP 41(a)(1)(A)(ii). |

**IT IS HEREBY STIPULATED** by and between Plaintiff Tak Chan, acting through her attorney of record Andy Katz and Defendant Air Canada, Inc. acting by and through its attorneys of record Littler Mendelson, P.C., that the Complaint, and all claims for relief contained therein, shall be dismissed in its entirety, with prejudice, in accordance with the terms of a confidential settlement agreement, pursuant to FRCP 41(a)(1)(A)(ii).

**IT IS FURTHER STIPULATED** and agreed that, each party to this litigation shall bear her/its own costs and attorneys' fees incurred.

Respectfully submitted.

Dated: May 9, 2017      LAW OFFICES OF ANDY KATZ

  /S/ Andy Katz
ANDY KATZ
Attorney for Plaintiff Tak Chan

Dated: May 9, 2017      LITTLER MENDELSON, P.C.

  /S/ Robert S. Blumberg
ROBERT S. BLUMBERG
Attorney for Defendant Air Canada, Inc.

I, Robert S. Blumberg, am the ECF User whose identification and password are being used to file this Stipulation. I hereby attest that Plaintiff's Counsel concurred and authorized this filing.

By:   /S/ Robert S. Blumberg

Firmwide:146860580.1 049225.1017

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**   2.   16-CV-06431-CRB